FILED

05/04/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0418

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0418

_____

IN RE THE MARRIAGE OF:

JENNIFER L. RUSSUM,

       Petitioner and Appellant,

and

MATTHEW S. WENDT,

       Respondent and Appellee.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Brenda R. Gilbert, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 4 2022